PAUL B. MELTZER (State Bar No. 077425)
LAW OFFICES OF PAUL B. MELTZER
A Professional Corporation
740 Front Street, Suite 325
Santa Cruz, California 95060
Telephone: (831) 426-6000

Attorneys for Defendant, SHENG QIANG

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) Case No.: 5:09-cr-00720-RMW |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION TO CONTINUE AND [PROPOSED] ORDER |
| SHENG QIANG, | ) Judge: The Honorable Ronald M. Whyte |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between counsel that there exists good cause to continue the September 4, 2012 Sentencing at 9:00 a.m. previously set forth in the matter of SHENG QIANG to December 10, 2012 at 9:00 a.m. for Sentencing. The parties have received information that Ms. Qiang's husband and co-defendant, Yezhou Zhao, who is currently in the People's Republic of China, may in the near future make his first appearance on the indictment. Assistant U.S. Attorney Matt Lamberti has no objection to the continuance and the new date. Probation Officer Ben Flores has also agreed.

Therefore, it is respectfully requested that the previously set Sentencing of September 4, 2012 be vacated and a Sentencing be set for December 10, 2012 at 9:00 a.m.

THE PARTIES SO STIPULATE.

///

///

| | | |
|---|---|---|
| 1 | Dated: August 2, 2012 | UNITED STATES ATTORNEY |
| 2 | | |
| 3 | | *[signature]* |
| 4 | | MATTHEW A. LAMBERTI, Asst. U.S. Attorney |
| 5 | | |
| 6 | Dated: August 2, 2012 | LAW OFFICES OF PAUL B. MELTZER |
| 7 | | |
| 8 | | *[signature]* |
| | | PAUL B. MELTZER, |
| 9 | | Attorney for Defendant SHENG QIANG |

[PROPOSED] ORDER

Good cause shown, therefore, IT IS HEREBY ORDERED that the September 4, 2012 Sentencing at 9:00 a.m. previously set forth in the matter of SHENG QIANG is continued to December 10, 2012 at 9:00 a.m. for Sentencing.

SO ORDERED.

Dated: August 9, 2012

*Ronald M. Whyte*
HON. RONALD M. WHITE, DISTRICT JUDGE
UNITED STATES DISTRICT COURT