MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HANLEY CHEW (CABN 189985)
Assistant United States Attorneys
   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   E-Mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00720 RMW |
| Plaintiff, | STIPULATION AND [] ORDER CONTINUING DEFENDANT'S SENTENCING |
| v. | |
| SHENG QIANG, | |
| Defendant. | |

The parties, including the defendant, stipulate as follows:

1. The defendant Sheng Qiang ("defendant") is currently scheduled to be sentenced by this Court on December 10, 2012.

2. Defendant's sentencing was continued after her husband and co-defendant, Yezhou Zhao, was brought from China to the United States to face the criminal charges in this case. Mr. Zhao is currently before this Court. Defendant's counsel and Mr. Zhao's counsel are currently working to make restitution to the victim in this case. Defense counsel needs additional time to resolve this issue.

3. The parties anticipate that Mr. Zhao's case will be resolved. Because defendant and Mr. Zhao's cases have common issues, such as restitution, the parties would respectfully request that

STIP & [] ORDER
CR 09-00720 RMW

both defendants in this case be sentenced at the same time.

4.  The Probation Office does not object to the continuance requested by the parties. Nor does the Probation Office object to having both defendants in this case sentenced at the same time.

Given these circumstances, the parties request that the Court continue defendant's sentencing from December 10, 2012 to February 19, 2013.

IT IS SO STIPULATED.

DATED: 11/28/12                    /s/
                                   PAUL MELTZER
                                   Attorney for Defendant

DATED: 11/28/12                    /s/
                                   HANLEY CHEW
                                   Assistant United States Attorney
                                   Attorney for Plaintiff

### [] ORDER

Having considered the stipulation of the parties and finding good cause, the Court orders that defendant Sheng Qiang's sentencing be continued from November 26, 2012 to February 19, 2013.

IT IS SO ORDERED.

DATED: FGĐĐFG

THE HONORABLE RONALD M. WHYTE
United States District Court Judge

STIP & [] ORDER
CR 09-00720 RMW