MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HANLEY CHEW (CABN 189985)
Assistant United States Attorneys
  150 Almaden Boulevard, Suite 900
  San Jose, CA 95113
  Telephone: (408) 535-5061
  Fax: (408) 535-5066
  E-Mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00720 RMW |
| Plaintiff, | STIPULATION AND [] ORDER EXCLUDING TIME FROM JANUARY 7, 2013 TO FEBRUARY 4, 2013 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT |
| v. | |
| YEZHOU ZHAO, | |
| Defendant. | |

The parties hereby request that the Court enter this order excluding time from January 7, 2013 through February 4, 2013. The parties, including the defendant, stipulate as follows:

1. The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the period from January 7, 2013 through February 4, 2013 based upon the need for the defense counsel to investigate further the facts of the present case, consult with defendant and determine what, if any, additional motions are appropriate.

2. The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be for

STIP & [] ORDER
CR 09-00720 RMW

the period from January 7, 2013 through February 4, 2013.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from January 7, 2013 through February 4, 2013 outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 1/7/13  /s/
FRANK UBHAUS
Attorney for Defendant

DATED: 1/7/13  /s/
HANLEY CHEW
Assistant United States Attorney
Attorney for Plaintiff

### [] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from January 7, 2013 through February 4, 2013, based on the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and will provide and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and is in the defendant's best interests; and (3) the ends of justice are served by excluding from Speedy Trial calculations the period from January 7, 2013 through February 4, 2013.

Accordingly, the Court further orders that the time from January 7, 2013 through

February 4, 2013 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

DATED:~~FDICDH~~

*Ronald M. Whyte*

_____
THE HONORABLE RONALD M. WHYTE
United States District Court Judge

STIP & [] ORDER
CR 09-00720 RMW