```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    MIRANDA KANE (CABN 150630)
 3  Chief, Criminal Division

 4  HANLEY CHEW (CABN 189985)
    Assistant United States Attorneys
 5     150 Almaden Boulevard, Suite 900
       San Jose, CA 95113
 6     Telephone: (408) 535-5061
       Fax: (408) 535-5066
 7     E-Mail: hanley.chew@usdoj.gov

 8  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00720 RMW |
| Plaintiff, | STIPULATION AND [] ORDER CONTINUING DEFENDANT'S SENTENCING |
| v. | |
| SHENG QIANG, | |
| Defendant. | |

The parties, including the defendant, stipulate as follows:

1. The defendant Sheng Qiang ("defendant") is currently scheduled to be sentenced by this Court on February 19, 2013

2. Defendant's sentencing was continued after her husband and co-defendant, Yezhou Zhao, was brought from China to the United States to face the criminal charges in this case. Mr. Zhao is currently before this Court. Defendant's counsel and Mr. Zhao's counsel are currently working to make restitution to the victim in this case. Defense counsel needs additional time to resolve this issue.

3. The parties anticipate that Mr. Zhao's case will be resolved by the end of February 2013. Because defendant and Mr. Zhao's cases have common issues, such as restitution, the parties

STIP & [] ORDER
CR 09-00720 RMW

would respectfully request that both defendants in this case be sentenced at the same time.

4. The Probation Office does not object to the continuance requested by the parties. Nor does the Probation Office object to having both defendants in this case sentenced at the same time.

Given these circumstances, the parties request that the Court continue defendant's sentencing from February 19, 2013 through April 17, 2013.

IT IS SO STIPULATED.

DATED: 2/6/13 /s/
PAUL MELTZER
Attorney for Defendant

DATED: 2/6/13 /s/
HANLEY CHEW
Assistant United States Attorney
Attorney for Plaintiff

### [] ORDER

Having considered the stipulation of the parties and finding good cause, the Court orders that defendant Sheng Qiang's sentencing be continued from February 19, 2013 through April 17, 2013.

IT IS SO ORDERED.

DATED: 2/7/13

THE HONORABLE RONALD M. WHYTE
United States District Court Judge

STIP & [] ORDER
CR 09-00720 RMW