1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  HANLEY CHEW (CABN 189985)
   Assistant United States Attorneys
5      150 Almaden Boulevard, Suite 900
       San Jose, CA 95113
6      Telephone: (408) 535-5061
       Fax:  (408) 535-5066
7      E-Mail: hanley.chew@usdoj.gov

8  Attorneys for Plaintiff

**Filed**

APR 0 3 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE  DIVISION

13
   UNITED STATES OF AMERICA,            )    No. CR 09-00720 RMW
14                                       )
              Plaintiff,                 )    STIPULATION AND [PROPOSED]
15                                       )    ORDER CONTINUING DEFENDANT'S
         v.                              )    SENTENCING
16                                       )
   SHENG QIANG,                          )
17                                       )
              Defendant.                 )
18  _____ )

19       The parties, including the defendant, stipulate as follows:

20  1.   The defendant Sheng Qiang ("defendant") is currently scheduled to be sentenced by this

21  Court on April 15, 2013.

22  2.   Defendant's counsel is currently working to make restitution to the victim in this case.

23  Defense counsel needs additional time to resolve this issue.

24  3.   Defendant's sentencing was continued after her husband and co-defendant, Yezhou Zhao,

25  was brought from China to the United States to face the criminal charges in this case.  Mr. Zhao

26  is currently before this Court and pled guilty to Counts One and Four of the Indictment in this

27  case on March 4, 2013.  Mr. Zhao's sentencing is scheduled for May 28, 2013.  Because

28  defendant and  Mr. Zhao's cases have common issues, such as restitution, the parties would

STIP & [PROP] ORDER
CR 09-00720 RMW

1  respectfully request that both defendants in this case be sentenced at the same time.

2  4.    The Probation Office does not object to the continuance requested by the parties.  Nor

3  does the Probation Office object to having both defendants in this case sentenced at the same

4  time.

5       Given these circumstances, the parties request that the Court continue defendant's

6  sentencing from April 15, 2013 through May 28, 2013.

7  IT IS SO STIPULATED.

8
   DATED: 3/6/13                                    _____/s/_____
9                                                   PAUL MELTZER
                                                    Attorney for Defendant
10

11 DATED: 3/6/13                                    _____/s/_____
                                                    HANLEY CHEW
12                                                  Assistant United States Attorney
                                                    Attorney for Plaintiff
13

14                    [PROPOSED] ORDER

15      Having considered the stipulation of the parties and finding good cause, the Court orders

16 that defendant Sheng Qiang's sentencing be continued from April 15, 2013 through May 28,

17 2013.

18

19 IT IS SO ORDERED.

20 DATED: _4/3/2013_                    _____
21                                      THE HONORABLE RONALD M. WHYTE
                                        United States District Court Judge
22

23

24

25

26

27

28

STIP & [PROP] ORDER
CR 09-00720 RMW